UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA


FILED
17 NOV 28 PM 1:06

| UNITED STATES OF AMERICA, | CASE NO. 17CR2260-WQH |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| FERNANDO JAVIER RIVERA-SANCHEZ (1), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

8:1324(a)(1)(A)(ii),(v)(I) and (a)(1)(B)(i) - Conspiracy to Transport Certain Aliens for Financial Gain

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 28, 2017

JUDGE WILLIAM Q. HAYES